UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| PAUL WILLIAM PILGER, ) | Case No.: 2:11-cv-00159-GMN-PAL |
| ) | |
| Plaintiff, ) | **ORDER** |
| vs. ) | |
| ) | |
| ILLINOIS STUDENT ASSISTANCE ) | |
| COMMISSION, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

Before the Court is Plaintiff Paul William Pilger's Voluntary Dismissal of Defendant Illinois Student Assistance Commission ("ISAC") (ECF No. 17), styled as a Motion to Dismiss Co-Defendant With Prejudice. Plaintiff requests that this Court Dismiss his Complaint against Defendant ISAC, with prejudice.

Pursuant to Fed. R. Civ. P. 41(a) a plaintiff may voluntarily dismiss an action without leave of the Court if certain conditions are met or with leave of the court if the conditions are not met. Normally, dismissal under this Rule is WITHOUT prejudice. However, Plaintiff has requested dismissal WITH prejudice and therefore the Court will grant the request. Accordingly, this Court takes notice of Plaintiff's Voluntary Dismissal pursuant to Rule 41(a) and will Dismiss Plaintiff's Complaint against ISAC.

**IT IS HEREBY ORDERED** that Plaintiff's "Motion to Dismiss Co-Defendant" (ECF No. 17) is **GRANTED**. Plaintiff's Complaint against Defendant Illinois Student Assistance Commission is **DISMISSED WITH PREJUDICE**.

DATED this 7th day of November, 2011.

_____
Gloria M. Navarro
United States District Judge